**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEN QIU,<br><br>              Petitioner,<br><br>        v.<br><br>JEFFREY MACOMBER,<br><br>              Respondent. | Case No. 2:19-cv-07853-SPG-AGR<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the other records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections have been filed. The Court accepts the findings and recommendation of the Report.

IT THEREFORE IS ORDERED that judgment is entered denying the Petition and dismissing this action with prejudice.

DATED: March 30, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-