JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHEN QIU,

               Petitioner,

     v.

JEFFREY MACOMBER,

               Respondent.

Case No. 2:19-cv-07853-SPG-AGR

**JUDGMENT**

Pursuant to the Court's Order Accepting the Magistrate Judge's Report and Recommendation, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

    **IT IS SO ORDERED.**

DATED:  March 30, 2026

                                       HON. SHERILYN PEACE GARNETT
                                       UNITED STATES DISTRICT JUDGE

-1-